FIRST INDUSTRIAL LOAN COMPANY OF NEW JERSEY, A CORPORATION, PLAINTIFF-APPELLEE, v. HARRY ROSENHAND, DEFENDANT-APPELLANT.

Argued May 23, 1935—Decided May 24, 1935.

For the defendant-appellant, *Herman L. Fast.*

For the plaintiff-respondent, *Charles Blume.*

PER CURIAM.

The judgment appealed from is affirmed. Where a co-maker places his signature upon a note at a place other than the place where a small loan business is being conducted that circumstance does not void the instrument under chapter 62 of *Pamph. L.* 1932. *N. J. Stat. Annual* 1932, *p.* 48, § 35-22.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, BODINE, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 12.

*For reversal*—None.